| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KEVIN LEPAUL BECK, *et al.*, §
§
   Plaintiffs, §
§
*versus* §   CIVIL ACTION NO. 1:12-CV-556
§
A&L INDUSTRIAL SERVICES, INC., *et al.*, §
§
   Defendants. §

## ORDER

All the defendants in the above-styled action have been severed into separate suits. Accordingly, the Clerk of Court is directed to close this case. All pending motions shall be denied as moot.

SIGNED at Beaumont, Texas, this 22nd day of April, 2014.

              _____
                MARCIA A. CRONE
               UNITED STATES DISTRICT JUDGE