| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| KEVIN LEPAUL BECK, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:12-CV-556 |
| A&L INDUSTRIAL SERVICES, INC, *et al.*, | § § | |
| Defendants. | § | |

## ORDER

The court of clerk is directed to transfer the Amended Complaint (#105) to case number 1:14-CV-174.

SIGNED at Beaumont, Texas, this 11th day of February, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE